GPO U.S. GOVERNMENT PRINTING OFFICE: 2005-770-917/944

# United States District Court
## Violation Notice

CVB Location Code: CA76

Violation Number: P 0613648
Officer Name (Print): HOEFLICH
Officer No.: 2347

P0613648

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/19/06 2245
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.14(b)

Place of Offense: El Cap Closs

Offense Description: Open Container of Alcohol

### DEFENDANT INFORMATION
Phone: ( ) -

Last Name: MCNEELEY
First Name: AMMON
M.I.: J

City: Lk Arrowhead
State: CA
Zip Code: 92352
Date of Birth (mm/dd/yyyy): 

Drivers License No.: A4471057
D.L. State: CA
Social Security No.: 

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female
Hair: BRN   Eyes: BRN   Height: 6'00   Weight: 115

### VEHICLE DESCRIPTION
VIN: 
Tag No.: 4JJG-783
State: CA
Year: 97
Make/Model: GMC
Color: Silver

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

**P0613648: STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on Friday May 19, 2006 at approximately 2130 hours, while exercising my duties as a law-enforcement officer in the Eastern District of California, I was on foot patrol at El Cap Meadow. I observed two individuals later identified as Jennifer KELLEY, DOB: 04-05-75; and Ammon J. MCNEELEY, DOB: 06/03/70 drinking what appeared to be beer in the back of a parked GMC van with California License Plate 4JJG783. The right side passenger sliding door was open and from my position I smelled the odor of alcoholic beverage from inside the van. I observed MCNEELEY drinking a can of Natural Ice while in the van.

I remained in the area. At approximately 2245 hours the van engine was started. I approached the van and identified myself as a Park Ranger. I saw several empty beer cans and beer bottles in the van. MCNEELEY stated he had been drinking beer in the van.

A search of the vehicle revealed two empty cans of Natural Ice, one empty bottle of Sierra Pale Ale, and three empty cans of King Cobra.

The foregoing statement is based upon my personal observation and investigation and information supplied to me by Park Ranger Carly Lober.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/20/06

Jack Hoeflich, US Park Ranger #2347
Case Incident Number: 06-1147

U.S. GOVERNMENT PRINTING OFFICE: 2005-770-917/944

## United States District Court Violation Notice

CVB Location Code: CA76

Violation Number: P 0613646
Officer Name (Print): HOEFLICH
Officer No.: 2347

P0613646

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/19/06 2245
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.35(c)

Place of Offense: EL CAP CROSS

Offense Description: UIA - UNDER THE INFLUENCE OF ALCOHOL

### DEFENDANT INFORMATION

Phone: (  )  -
Last Name: MCNEELEY
First Name: AMMON
M.I.: J
Street Address: -
City: LK ARROWHEAD
State: CA
Zip Code: 92352
Date of Birth: [blank]
Drivers License No.: A4471057
D.L. State: CA
Social Security No.: [blank]

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BRN   Eyes: BRN   Height: 6'00   Weight: 165

### VEHICLE DESCRIPTION  VIN:

Tag No.: 4JJG783
State: CA
Year: 97
Make/Model: GMC
Color: Silver

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: [blank]
Date (mm/dd/yyyy): [blank]
Time (hh:mm): [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy     NPS 10-50 (Rev. 7-05)

---

## P0613646: STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on Friday May 19, 2006 at approximately 2130 hours, while exercising my duties as a law-enforcement officer in the Eastern District of California, I was on foot patrol at El Cap Meadow. I observed two individuals later identified as Jennifer KELLEY, DOB: 04-05-75; and Ammon J. MCNEELEY, DOB: 06/03/70 drinking what appeared to be beer in the back of a parked GMC van with California License Plate 4JJG783. The right side passenger sliding door was open and from my position I smelled the odor of alcoholic beverage from inside the van. Both KELLEY and MCNEELEY spoke in loud voices and at times yelled profanities.

I remained in the area. At approximately 2200 I observed MCNEELEY get out of the van and urinate on the side of the road as a vehicle drove past the van. MCNEELEY stumbled back into to the van which was parked approximately 20 feet from the flooded Merced River.

At approximately 2245 hours the van engine was started. I approached the van and identified myself as a Park Ranger. I saw several empty beer cans and beer bottles in the van. Upon further investigation I arrested KELLEY, the owner of the van, for being under the influence of alcohol to a degree that she was a danger to herself and others.

As I observed MCNEELEY, I saw that he was unsteady on his feet and had a very strong odor of alcoholic beverage on his breath and about his person. MCNEELEY had slurred speech and watery eyes. MCNEELEY admitted to drinking beer in the van. At approximately 2340 hours MCNEELEY provide a breath sample and registered 0.180 percent breath BAC on Alcosensor unit 006311.

I arrested MCNEELEY for being under the influence of alcohol to the degree that he was a danger to himself.

The foregoing statement is based upon my personal observation and investigation.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: [signature] 05/20/06

Jack Hoeflich, US Park Ranger #2347
Case Incident Number: 06-1147