## WRITTEN PLEA AGREEMENT

UNITED STATES OF AMERICA                           Docket No. 6:06 -mj-061 -WMW

    v.

AMMON J. McNEELY

This agreement is entered into this ___18th___ day of <u>July</u>, 2006, by and between the United States of America through its lawful representative, the Defendant and counsel for the Defendant. The terms of this Written Plea Agreement are as follows:

In exchange for the defendant's plea of guilty to:

Count _1_ a violation of _36 CFR § 2.35(c) Under the Influence of Alcohol_ ._____

Count ___ a violation of _____

Count ___ a violation of _____

Count ____ a violation of _____

Count ____ a violation of _____

_____Defendant admits a Violation of Probation in Case No. _____

## AMENDED CHARGES

    Count____ A violation of _____
is amended to _____

    Count_____ a violation of _____
is amended to _____ ____

## RECOMMENDATIONS BY GOVERNMENT

The United States will move to dismiss:

Count _2_ a violation of _36 CFR § 4.14 Open Container_ _____

Count __ a violation of _____

Count __ a violation of _____

Count _ a violation of _____

Count ___ a violation of _____

The United States recommends a deferred Entry of Judgment in the following:

1

Count _____ a violation of _____

for a period of _____ months.

## PROBATION

__X__ The Defendant shall be placed on unsupervised Probation for a period of _12_ months under standard terms.

_____The Defendant shall be placed on Limited Supervised Probation for a period of _____ months under standard terms.

_____Probation shall become unsupervised upon completion of custody time, all special conditions, community service and payment of financial obligations, set forth by this court.

_____The case is referred to the United States Probation Department for a Presentence Report and Investigation.

_____The Defendant will obey all laws; local, state and federal.

_____The Defendant shall report to the Law Enforcement Officer for post arraignment booking and processing.

## CUSTODY

__X__ The Defendant is sentenced to __2__ day(s) in custody of the United States Bureau of Prisons, with credit for __2__ day(s) time served disposition.

_____The Defendant shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on _____, 2006.

_____The Government will not oppose the defendant serving the time on weekends.

_____The Defendant shall be remanded to the custody of the United States Marshal.

## FINE PAYMENT

The Defendant shall pay a fine as follows:

Count _2_ a fine of $_340.00_____ plus a $_10.00___ Statutory Assessment, total of $_350.00_____

Count ____ a fine of $_____ plus a $_____ Statutory Assessment, total of $_____

Count ____ a fine of $_____ plus a $_____ Statutory Assessment, total of $_____

2

Count ____ a fine of $_____ plus a $_____ Statutory Assessment, total of $_____
Count ____ a fine of $_____ plus a $_____ Statutory Assessment, total of $_____
_____Pay fine in full by _____.
_____Pay fine in the amount of $_____ per month beginning _____,

## SPECIAL CONDITIONS

__X__ The Defendant shall abstain from the use or possession of alcohol in Yosemite National Park.
_____The Defendant shall abstain from the use or possession of controlled substances in Yosemite National Park.
_____Attend and Complete _____
_____Show proof of _____ and if no proof, return to court on _____, 2006 at _____ a.m./p.m.
_____Forfeit the following property to the United States: _____
_____The Defendant shall not drive a vehicle unless the vehicle is properly insured and registered.
_____The Defendant shall not drive a vehicle without a valid driver's license.
_____The Defendant shall not drive a vehicle with any detectable amount of alcohol.
_____Other provision(s) as follows: _____
_____
_____

## COMMUNITY SERVICE

_____The Defendant shall perform _____ hours of Community Service on or before _____, 2005, (without receiving compensation) at a **non-profit organization** with written proof of completion (by the non-profit organization) to be submitted to the court on or before _____, 2006.
_____If the Defendant does not submit proof of completion, the Defendant will appear in this court for a proof of compliance conference on _____, 2006, at _____ a.m./p.m.
_____Other provision(s) as follows:_____

3

## RESTITUTION

_____Make restitution in the amount of $_____ to _____

_____Pay restitution in full by _____.

_____Pay restitution in the amount of $_____ per month beginning _____,

and continuing on the _____ day of each month thereafter until paid in full.

_____Restitution payments are to be made by cashiers check or money order, made payable to

the above listed party and payments are to be sent to:

        Clerk of Court
        501 I St. #4200
        Sacramento, CA. 95814

16 U.S.C. 19jj: The Park System Resource Protection Act authorizes the National Park Service to recover damages to park resources and expend the recovered amounts to implement actions provided for under 16 U.S.C. 19jj §3 without further congressional approval.

## BAIL

_____Bail in the amount of $_____ shall be forfeited and applied to payment of the fine, any remaining bail shall be exonerated and returned to the surety.

_____Bail in the amount of $_____ shall be exonerated and returned to the surety.

_____Bail in the amount of $_____ shall be exonerated and returned to the defendant.

## STATEMENT OF PROBABLE CAUSE

__X__ The Defendant will stipulate to the probable cause statement which is included in the charging documents.

__X__ The Defendant admits that he is guilty of the essential elements of the offense(s) to which he is pleading guilty and that those acts did in fact occur.

## ACKNOWLEDGMENTS BY DEFENDANT

_[initials]_ The defendant has read the charges against him and fully understands the nature and elements of the crime(s) to which he is pleading guilty, together with the possible defenses thereto.

_AM_ Defendant agrees that this plea agreement shall be filed with the court and become a part of the record of the case.

_AM_ The Defendant acknowledges that this plea of guilty is freely and voluntarily made and not the result of force or threats or of promises apart from those set forth in this plea agreement.
There have been no representations or promises from anyone as to what sentence this Court will impose.

_AM_ Defendant understands and agrees that he will not be allowed to withdraw his plea should the Court fail to follow the government's sentencing recommendations.

_AM_ Defendant knowingly and voluntarily waives his Constitutional and statutory rights to appeal his plea, conviction and sentence.  This waiver of appeal includes, but is not limited to, an express waiver of defendant's right to appeal his plea, conviction and sentence on any ground, including any appeal right conferred by 18 U.S.C. § 3742, and defendant further agrees not to contest his plea, conviction and sentence in any post-conviction proceeding, including but not limited to a proceeding under 28 U.S.C. § 2255.

_AM_ Defendant understands that by pleading guilty he surrenders certain rights, including the following:
(a) If defendant persisted in a plea of not guilty to the charges against him, he would have the right to a public and speedy trial.  The trial would be a trial by a judge sitting without a jury.
Defendant does not have a right to a trial by jury.
(b) At trial, the judge would find the facts, would presume that the defendant is innocent of the charges and, after hearing all the evidence, must be persuaded of the defendant's guilt beyond a reasonable doubt.
(c) At a trial, the government would be required to present its witnesses and other evidence against defendant.  Defendant would be able to confront those government witnesses and his/her attorney would be able to cross-examine them.  In turn, defendant could present witnesses and other evidence on his own behalf.  If the witnesses for

defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court.

(d) At a trial, defendant would have a privilege against self-incrimination so that he could decline to testify, and no inference of guilt could be drawn from this refusal to testify. Defendant understand that by pleading guilty he is waiving all of the rights set forth above and understands the consequences of his waiver of those rights.

_AM_ The defendant agrees to waive all rights under the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), to recover attorneys' fees or other litigation expenses in connection with the investigation and prosecution of all charges in the above-captioned matter and of any related allegations (including without limitation any charges to be dismissed pursuant to this Agreement and any charge previously dismissed).

_AM_ Pursuant to F.R. Crim. P. 43(b)(2) and (3), the defendant hereby waives his right to be personally present in open court, upon the entering of his plea and sentencing.

The Defendant hereby advises the court that he has read the foregoing Written Plea Agreement and fully understands the contents of this Agreement. Defendant has had adequate opportunity to discuss the foregoing Written Plea Agreement with his counsel and desires to enter into said agreement.

Signed: _____  Dated: 7/17/06
Defendant

Signed: _____  Dated: 7/18/06
Counsel for Defendant

Signed: Elizabeth Waldon  Dated: 7/18/06
Counsel for Government

6